MICHAEL E. MOORE, Respondent, *v.* THE OTTO GAS ENGINE WORKS, Appellant.

*Moore* v. *Otto Gas Engine Works*, 136 App. Div. 713, affirmed.
(Argued January 30, 1912; decided February 13, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1910, which reversed an order of the Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint and granted a new trial in

an action to recover damages to plaintiff's property alleged to have been occasioned by defendant's negligence.

*J. Woolsey Shepard* and *Woolsey A. Shepard* for appellant.

*Rowland Miles* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.